UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSE MENDEZ,                                                           :
                                                                       :
                              Plaintiff,                               :
                                                                       :
                  -v-                                                  :     24 Civ. 9755 (JPC)
                                                                       :
ANGEL'S GRILL & CAFE INC. d/b/a ANGEL'S                                :     ORDER
CAFE, *et al.*,                                                        :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement in principle on all issues. Accordingly, it is hereby ordered that the parties shall submit paperwork in connection with any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by June 16, 2025.

      SO ORDERED.

Dated: June 2, 2025
      New York, New York                                     _____
                                                                       JOHN P. CRONAN
                                                              United States District Judge