# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---|
| 36-36 33rd Street | Telephone: (347) 687-2019 |
| Suite 308 | cmulhollandesq@gmail.com |
| Astoria, NY 11106 | |

June 16, 2025

Honorable John P. Cronan
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Mendez v. Angel's Grill & Cafe Inc. et al **24-cv-09755-JPC**

Your Honor,

The parties would jointly request an additional few weeks to July 9, 2025, just after the holiday weekend, to submit their Cheeks motion. The parties have a proposed agreement and confessions of judgment out for client review and comment.

This is the parties first request for an extension. And, the parties jointly thank the Court for its attention to this matter.

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

The request is granted. The parties' deadline to submit paperwork in connection with any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, is extended to July 9, 2025.

SO ORDERED
June 17, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge